## Commonwealth *v.* Sutherland, Appellant.

722

Submitted December 7, 1973. *Henry F. Coyne,* for appellant; *Morrison B. Williams,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.